807 A.2d 904

**USX CORPORATION, Appellant**

v.

**WORKERS' COMPENSATION APPEAL BOARD (MILTON), Appellee.**

Supreme Court of Pennsylvania.

Argued Sept. 11, 2002.

Decided Oct. 1, 2002.

Marie Jurbala Shiring, Pittsburgh, for Appellant USX Corp.

James A. Holzman, Harrisburg, Amber Marie Kenger, Mechanicsburg, for Appellee, W.C.A.B.

Daniel King Bricmont, Pittsburgh, for Appellee, Henry Milton.

58

Before ZAPPALA, C.J., and CAPPY, CASTILLE, NIGRO, NEWMAN, SAYLOR and EAKIN, JJ.

## ORDER

PER CURIAM.

Appeal dismissed as having been improvidently granted.